# Court of Appeals
# of the State of Georgia

ATLANTA,  December 20, 2016

*The Court of Appeals hereby passes the following order:*

**A16A1571.  ADAMS et al. v. BAXTER REAL ESTATE HOLDINGS, LLC et al.**

Larry and Vivian Adams filed in superior court a "Verified Petition to Quiet Title, Void Tax Deed, and for Emergency and Permanent Restraining Order" against the City of Fairburn, BTM Management, LLC, and Baxter Real Estate Holdings, LLC, after the City sold the Adams' real property at a tax sale; BTM Management purchased the property and later transferred its interest in the property to Baxter Real Estate. Baxter Real Estate answered, and filed a counterclaim also asserting a quiet title claim; in its counterclaim, Baxter Real Estate set forth its efforts to foreclose the Adams' right of redemption. The trial court adopted a special master's recommendation and entered a final judgment in favor of Baxter Real Estate. The Adamses appealed to this Court.  However, we lack jurisdiction.

Both sides expressly sought a judgment to quiet title to the property. Under Ga. Const. 1983, Art. VI, Sec. VI, Par. III, the Supreme Court of Georgia has original appellate jurisdiction over cases involving title to land. Because this case implicates title to land, jurisdiction over this matter lies in the Supreme Court. See *Tharp v. Harpagon Co.*, 278 Ga. 654, 655 (1) (604 SE2d 156) (2004); see also *Saxton v. Coastal Dialysis &c.*, 267 Ga. 177, 178 (476 SE2d 587) (1996) (Supreme Court has the ultimate responsibility for determining appellate jurisdiction).

Accordingly, the appeal is hereby **TRANSFERRED** to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta,   12/20/2016   *
      *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
      *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ , *Clerk.*